**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIK C. LOVE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SCOUTLOGIC, INC.,<br><br>　　　　　Defendant. | Civil Case No.: 1:26-cv-02993-VEC<br><br>**NOTICE OF SETTLEMENT AS TO**<br>**DEFENDANT SCOUTLOGIC, INC.** |

　　　　**NOTICE IS HEREBY GIVEN** that Plaintiff Erik C. Love and Defendant Scoutlogic, Inc. ("Scoutlogic"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated:　New York,
　　　　June 3, 2026

　　　　　　　　　　　　　　　　　By:*/s/ Meir Rubinov*
　　　　　　　　　　　　　　　　　Meir Rubinov, NY Bar # 6077887
　　　　　　　　　　　　　　　　　CONSUMER ATTORNEYS
　　　　　　　　　　　　　　　　　68-29 Main Street
　　　　　　　　　　　　　　　　　Flushing NY 11367
　　　　　　　　　　　　　　　　　T: 718-640-8123
　　　　　　　　　　　　　　　　　F: (718) 247-8020
　　　　　　　　　　　　　　　　　E: mrubinov@consumerattorneys.com

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　　　*Eric C. Love*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS PLLC**

By: */s/ Ann Stevenson*

2