**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2026

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ERIK C. LOVE,<br><br>          Plaintiff,<br><br>  vs.<br><br>SCOUTLOGIC, INC.,<br><br>        Defendant. | Civil Case No.: 1:26-cv-02993-VEC<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT SCOUTLOGIC, INC.** |

       **NOTICE IS HEREBY GIVEN** that Plaintiff Erik C. Love and Defendant Scoutlogic, Inc. ("Scoutlogic"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: New York,
     June 3, 2026

By:*/s/ Meir Rubinov*
Meir Rubinov, NY Bar # 6077887
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: 718-640-8123
F: (718) 247-8020
E: mrubinov@consumerattorneys.com

*Attorneys for Plaintiff,*
*Eric C. Love*

1

Application DENIED.  Defendant has not appeared in this action, so the Court cannot entertain requests purporting to arise out of agreements between the parties.  Not later than **Thursday, July 2, 2026**, one of the following things must happen:

- Counsel for Defendant files a notice of appearance and the parties, to the extent they wish for the Court to retain jurisdiction to enforce the settlement, file a proposed settlement agreement for the Court's approval, or

- Plaintiff voluntarily dismisses the action, without requesting that the Court retain jurisdiction to enforce a settlement agreement, or

- Plaintiff moves for default judgment in a manner consistent with the Undersigned's Individual Practices in Civil Cases.


SO ORDERED.

6/4/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE