**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ERIK C. LOVE,<br><br>               Plaintiff,<br><br>vs.<br><br>SCOUTLOGIC, INC.,<br><br>               Defendant. | Civil Case No.: 1:26-cv-02993-VEC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT SCOUTLOGIC, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff Erik

C. Love ("Plaintiff") hereby voluntarily dismisses his claims in this matter against Defendant

Scoutlogic, Inc. with prejudice.


Dated: New York,
      July 1, 2026

                                 By:*/s/ Meir Rubinov*
                                 Meir Rubinov, NY Bar # 6077887
                                 CONSUMER ATTORNEYS
                                 68-29 Main Street
                                 Flushing NY 11367
                                 T: 718-640-8123
                                 F: (718) 247-8020
                                 E: mrubinov@consumerattorneys.com

                                 *Attorneys for Plaintiff,*
                                 *Erik C. Love*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS PLLC**

By: */s/ Ann Stevenson*

2